# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

IN RE THE TRUSTEE'S SALE OF
THE REAL PROPERTY OF
WILLIAM E KIVETT, JR AND KAREN L KIVETT )
*Plaintiff* )
v. ) Civil Action No. 1:17-CV-3153-TOR
)
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a stipulated motion for Disbursement of Funds and Dismissal (ECF No. 8).

Date: December 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen